**UNITED STATES** *versus* **FIVE TONS TOBACCO,** CLAIMED BY **FRANCIS P. BROWNING.**

JOURNAL ENTRIES: (1) July 8, 1828: time for hearing extended, notice ordered published; (2) Dec. 2, 1828: publication proved, proclamation made; (3) Dec. 3, 1828: motion to dismiss claim argued, submitted; (4) Dec. 6, 1828: motion to dismiss overruled, motion for forfeiture for want of plea, rule to plead; (5) Dec. 8, 1828: motion for continuance granted; (6) May 5, 1829: jury trial, attendance of witness proved; (7) May 6, 1829: verdict for claimant, motion for certificate of reasonable cause for seizure; (8) May 19, 1829: reasonable cause certified.

PAPERS IN FILE (1828–29): (1) Libel; (2) claim of Francis P. Browning; (3–4) subpoenas; (5) published notice, proof of publication; (6) proof of posting notice; (7) printer's bill; (8) subpoena; (9) motion to dismiss claim; (10) claimant's bond for costs; (11) subpoena; (12) motion for judgment of forfeiture; (13) subpoena; (14) claimant's plea of general denial; (15) affidavit for continuance; (16–18) subpoenas; (19) verdict.

*File No.* 19 of 1828.

**UNITED STATES** *versus* **FOURTEEN BARRELS FLOUR.**

JOURNAL ENTRIES: (1) Oct. 2, 1828: application for leave to sell perishable property; (2) Oct. 3, 1828: libel filed, time fixed for trial, notice ordered published, property found to be perishable, appraised, sale and notice of sale ordered; (3) Dec. 2, 1828: publication proved, proclamation made; (4) Dec. 6, 1828: property condemned; (5) Dec. 18, 1828: motion for disposition of proceeds of sale; (6) Dec. 23, 1828: proceeds of sale ordered paid to collector, etc.

PAPERS IN FILE (1828): (1) Libel; (2) motion for sale of property as perishable; (3) copy of order for appraisal, report of appraisers; (4) marshal's notice of sale; (5) subpoena; (6) proof of posting notice; (7) published notice and proof of publication; (8) printer's bill; (9) bill for storage; (10) memo. of sale at auction; (11) bill of costs; (12) receipt—collector to clerk.

*File No.* 21 of 1828.

**UNITED STATES** *versus* **ELEVEN BARRELS FLOUR.**

JOURNAL ENTRIES: (1) Oct. 2, 1828: application for leave to sell perishable property; (2) Oct. 3, 1828: libel filed, time fixed for trial, notice ordered published, property found to be perishable, appraised, sale and notice of sale ordered; (3) Dec. 2, 1828: publication proved, proclamation made; (4) Dec. 6, 1828: property condemned; (5) Dec. 18, 1828: motion for disposition of proceeds of sale; (6) Dec. 23, 1828: proceeds of sale ordered paid to collector, etc.

PAPERS IN FILE (1828): (1) Libel; (2) application and order for special session; (3) affidavit of Truman Beecher; (4) affidavit of Simon Poupard; (5) draft of order for appraisal and sale; (6) copy of order, report of sale; (7) proof of posting notice; (8) published notice and proof of publication; (9) printer's bill; (10) bill of costs; (11) motion to pay proceeds to collector.

*File No.* 22 of 1828.

**UNITED STATES** *versus* **FIFTY BUSHELS WHEAT.**

JOURNAL ENTRIES: (1) Oct. 3, 1828: libel filed, time fixed for trial, notice ordered published; (2) Dec. 2, 1828: publication proved, proclamation made; (3) Dec. 6, 1828: property condemned, sale and notice of sale ordered.

PAPERS IN FILE (1828–29): (1) Libel; (2) subpoena; (3) proof of posting notice; (4) published notice and proof of publication; (5) printer's bill; (6) subpoena; (7) copy of order of sale and report of sale; (8) receipt—printer to marshal.

*File No.* 23 of 1828.